1  NEWPOINT LAW GROUP, LLP
   Stephan M. Brown, SBN 300563
2  Daniel J. Griffin, SBN 311236
   3300 Douglas Boulevard, Suite 100
3  Roseville, CA 95661
   Telephone: (800) 920-5351
4  Attorneys for PLAINTIFFS and COUNTER-DEFENDANTS

5  SMITH, McDOWELL & POWELL,
   A LAW CORPORATION
6  Jaclyn L. Powell, SBN 264781
   Sean M. Stowers, SBN 303715
7  100 Howe Avenue, Suite 208 South
   Sacramento, CA 95825
8  Telephone: (916) 569-8100
   Attorneys for DEFENDANTS and COUNTERCLAIMANTS

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGI CHERIAN, an individual; SMITHA CHERIAN, an individual; and S SARA INC., a California corporation;<br><br>Plaintiffs,<br><br>v.<br><br>HARPREET SINGH, an individual; and JASMEEN KAUR, an individual;<br><br>Defendants; | Case Number: 2:18-cv-01799-CKD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge: Hon. Carolyn K. Delaney<br>Complaint Filed: June 22, 2018<br>Settlement Conf.: November 1, 2018 |
| HARPREET SINGH, an individual;<br><br>Counterclaimant,<br><br>v.<br><br>SIGI CHERIAN, an individual; SMITHA CHERIAN, an individual; S SARA INC., a California corporation; and ROES one through 50, inclusive;<br><br>Counter-Defendants | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**

Pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii), and through the settlement amongst them, Plaintiffs Sigi Cherian, Smitha Cherian, and S Sara Inc., a California corporation, as well as Defendant and Counterclaimant Harpreet Singh and Defendant Jasmeen Kaur, through their undersigned counsel, jointly stipulate to the dismissal of this action, including the Complaint and Counterclaim and all claims and counterclaims alleged therein, with prejudice and with each party to bear his, her, or its own attorney fees and costs.

Dated: October 1, 2019　　　　　　　　　　　　　NEWPOINT LAW GROUP, LLP

By: /s/ Daniel J. Griffin
STEPHAN M. BROWN
DANIEL J. GRIFFIN
Attorneys for PLAINTIFFS
and COUNTER-DEFENDANTS
SIGI CHERIAN,
SMITHA CHERIAN, and
S SARA INC.

Dated: October 1, 2019　　　　　　　　　　　　　SMITH, McDOWELL & POWELL,
A LAW CORPORATION

By: /Sean M. Stowers/
JACLYN L. POWELL
SEAN M. STOWERS
Attorneys for DEFENDANTS
and COUNTERCLAIMANTS
HARPREET SINGH and
DEFENDANT JASMEEN KAUR

1
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**

**ORDER**

The stipulation is approved. This entire action, including the Complaint and Counterclaim and all claims and counterclaims alleged therein, is hereby dismissed with prejudice.

Dated: October 1, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE